IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DEBORAH DAVIDSON,<br><br>    Plaintiff,<br><br>  v.<br><br>THE PEGGS COMPANY, INC.,<br><br>    Defendant. | ) <br> ) <br> ) <br> ) **CIVIL ACTION NO. 2:20-cv-01641**<br> ) <br> ) <br> ) <br> ) The Honorable Patricia L. Dodge<br> ) <br> ) |

## DEFENDANT, THE PEGGS COMPANY, INC.'S MOTION FOR SUMMARY JUDGMENT

AND NOW, comes Defendant, The Peggs Company Inc., and respectfully moves this Court, for the entry of an Order granting summary judgment in their favor, pursuant to Federal Rule of Civil Procedure 56. In support thereof, Defendant relies upon the Statement of Undisputed Material Facts in its Brief and Exhibits thereto filed contemporaneously herewith:

            Respectfully submitted:

            RAWLE & HENDERSON, LLP

  BY:  /s/Thomas DiStefano
      Thomas DiStefano, Esquire
      Pa. I.D. #202847
      The Henry W. Oliver Building
      Suite 1000
      535 Smithfield Street
      Pittsburgh, PA  15222
      (412) 261-5700
      tdistefano@rawle.com
      *Counsel for Defendant*
      *The Peggs Company, Inc.*

15601299-1

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DEBORAH DAVIDSON,<br><br>           Plaintiff,<br><br>   v.<br><br>THE PEGGS COMPANY, INC.,<br><br>           Defendant. | )<br>)<br>)<br>)<br>) **CIVIL ACTION NO. 2:20-cv-01641**<br>)<br>)<br>)<br>) The Honorable Patricia L. Dodge<br>)<br>) |

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of January, 2022 a true and correct copy of the Defendant, The Peggs Company, Inc.'s Motion for Summary Judgment, Proposed Order, Statement of Undisputed Material Facts, Memorandum of Law and Appendix with Exhibits was filed with the Court and was served on all counsel of record via the Court's ECF system.

                                                          RAWLE & HENDERSON, LLP

BY:   /s/Thomas DiStefano
           Thomas DiStefano, Esquire
           Pa. I.D. #202847
           The Henry W. Oliver Building
           Suite 1000
           535 Smithfield Street
           Pittsburgh, PA  15222
           (412) 261-5700
           tdistefano@rawle.com
           *Counsel for Defendant*
           *The Peggs Company, Inc.*